IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>LUDENS, MATTHEW R<br>LUDENS, KARINNE N<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 07-73102 MB<br><br>Judge MANUEL BARBOSA |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

   NOW COMES STEPHEN G. BALSLEY, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   The Petition commencing this case was filed on 12/21/07. The Trustee was appointed on 12/21/07. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is 7,500.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of February 23, 2009 is as follows:

   a.   RECEIPTS (See Exhibit C)                                $         2,620.71

   b.   DISBURSEMENTS (See Exhibit C)                           $             0.00

   c.   NET CASH available for distribution                     $         2,620.71

   d.   TRUSTEE/PROFESSIONAL COSTS

  1. Trustee compensation requested (See Exhibit F) $ 655.18
  2. Trustee Expenses (See Exhibit F) $ 0.00
  3. Compensation requested by attorney or other
    professionals for trustee (See Exhibit F-1) $ 795.00

 c. Illinois Income Tax for Estate (See Exhibit G) $ 0.00

5. The Bar Date for filing unsecured claims expired on 04/28/08.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

 a. Allowed unpaid secured claims $ 0.00

 b. Chapter 7 Administrative and
  28 U.S.C. §1930 claims $ 1,450.18

 c. Allowed Chapter 11 Administrative Claims $ 0.00

 d. Allowed priority claims $ 0.00

 e. Allowed unsecured claims $ 53,525.69

 f. Surplus return to debtor $ 0.00

7. Trustee proposes that unsecured creditors receive a distribution of 2.19% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $1,839.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,839.00.

9. A fee of $2,000.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE:   February 23, 2009

/s/Stephen G. Balsley
STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
LUDENS, MATTHEW R
LUDENS, KARINNE N

CASE NO. 07-73102 MB

Judge MANUEL BARBOSA

Debtor(s)

## DISTRIBUTION REPORT

I, STEPHEN G. BALSLEY, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,450.18 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(1)(B)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)-(a)(10)): | $ 0.00 |
| General Unsecured Claims: | $ 1,170.53 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $ 2,620.71 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

    a. $1,450.18 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | Stephen G. Balsley, Trustee | 655.18 | 655.18 |
| | Stephen G. Balsley, Attorney for Trustee | 695.00 | 695.00 |
| | Stephen G. Balsley, Expenses Attorney for Trustee | 100.00 | 100.00 |
| | TOTAL | $ | 1,450.18 |

    d. $1,170.53 for general unsecured creditors who have filed claims allowed in the total amount of $53,525.69, yielding a dividend of 2.19%, as itemized below:

| TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $53,525.69 | 2.19% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Capital Recovery One | 7,289.86 | 159.42 |
| 3 | Discover Bank | 4,407.18 | 96.38 |
| 4 | First National Credit Card Center | 4,861.55 | 106.31 |
| 5 | U.S. Bank, N.A. | 5,721.36 | 125.12 |
| 6 | Chase Bank USA | 17,808.61 | 389.45 |
| 7 | Chase Bank USA, N.A. | 11,051.99 | 241.69 |
| 8 | Roundup Funding, LLC | 1,828.01 | 39.98 |
| 9 | Verizon Wireless Midwest | 557.13 | 12.18 |
| | TOTAL | $ | 1,170.53 |

    The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 2 | National Bank and Trust 230 West State Street Sycamore, IL 60178 | $ 8,390.42 | Disallowed for purposes of distribution |
| Secured | 10 | Westgate Resorts, Ltd. 2801 Old Winter Garden Road Ocoee, FL 34761 | $ 0.00 | Disallowed for purposes of distribution |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 23, 2009        /s/Stephen G. Balsley
                                     STEPHEN G. BALSLEY, Trustee

## PROFESSIONAL FEES AND EXPENSES

|  | Fees Previously Allowed | Fees Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Stephen G. Balsley, Trustee | $ 0.00 | $ 655.18 | $ 655.18 |
| Stephen G. Balsley, Attorney for Trustee | $ 0.00 | $ 695.00 | $ 695.00 |
| Stephen G. Balsley, Expenses Attorney for Trustee | $ 0.00 | $ 100.00 | $ 100.00 |
| **TOTALS** | $ 0.00 | $ 1,450.18 | $ 1,450.18 |

02/23/2009 10:39 FTP   BSLBV   → scans   ☑006/011

## EXHIBIT A

## TASKS PERFORMED

### MATTHEW R. LUDENS AND KARINNE N. LUDENS
### CHAPTER 7 BANKRUPTCY CASE NO. 07-73102

The only assets in this case were an income tax refund of the Debtors, the non-exempt portion of a bank account and a timeshare in the Smoky Mountains. The Trustee collected the income tax refund and bank account. The Trustee advertised the timeshare for sale on the Internet for several months. Although the Trustee received several inquiries regarding the timeshare, the Trustee received no offers. The Trustee filed a Notice abandoning the timeshare, and an Order was entered abandoning the property of February 4, 2009.

The Trustee has determined that no income tax return is necessary for this bankruptcy estate. The Trustee has reviewed the claims filed in this case, and has found no objections.

The attorney for the Trustee has voluntarily reduced his request for compensation in this case by 50% in order to increase distribution to creditors.

SGB:vcc


EXHIBIT B

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 07-73102 MB | | Trustee: | (330410) | STEPHEN G. BALSLEY |
|---|---|---|---|---|---|
| Case Name: | LUDENS, MATTHEW R | | Filed (f) or Converted (c): | 12/21/07 (f) | |
| | LUDENS, KARINNE N | | §341(a) Meeting Date: | 01/17/08 | |
| Period Ending: | 02/23/09 | | Claims Bar Date: | 04/28/08 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 121 Flambeau Lane, Dixon, IL | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Vacant primary residence | 247,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account - Stillman Bank | 5,389.49 | 517.00 | | 517.00 | FA |
| 5 | Savings account - Stillman Bank | 104.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing (husband) | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing (wife) | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. jewelry, wedding ring, neckless, bracelet | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401K Gannett - Rockford Register Star | 7,142.18 | 0.00 | DA | 0.00 | FA |
| 11 | 401K Gatehouse Media Inc. | 1,296.13 | 0.00 | DA | 0.00 | FA |
| 12 | Image Properties Group, Inc. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2000 - Lincoln Navigator | 11,875.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 - Chevrolet Pickup Truck | 17,575.00 | 0.00 | DA | 0.00 | FA |
| 15 | Computer, desk, chair and printer | 750.00 | 0.00 | DA | 0.00 | FA |
| 16 | Timeshare - Westgate Smoky Mountain Resort (u) (See Footnote) | 19,900.00 | 7,500.00 | OA | 0.00 | FA |
| 17 | 2007 income tax return (u) | 2,101.00 | 2,101.00 | | 2,101.00 | FA |

Printed: 02/23/2009 10:06 AM   V.11.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 07-73102 MB
**Case Name:** LUDENS, MATTHEW R
LUDENS, KARINNE N
**Period Ending:** 02/23/09

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 12/21/07 (f)
**§341(a) Meeting Date:** 01/17/08
**Claims Bar Date:** 04/28/08

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A | | 2.71 | FA |
| 18 | Assets    Totals (Excluding unknown values) | $466,152.80 | $10,118.00 | | $2,620.71 | $0.00 |

RE PROP# 16    Motion to Abandon set for hearing 02/04/2009 at 9:30 a.m.; Order entered 02/04/2009

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2008        **Current Projected Date Of Final Report (TFR):** February 16, 2009 (Actual)

**EXHIBIT C**

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 07-73102 MB | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | LUDENS, MATTHEW R | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | LUDENS, KARINNE N | | Account: | ***-*****07-65 - Money Market Account |
| Taxpayer ID #: | 13-7594198 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 02/23/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/27/08 | {4} | Matthew R. Ludens | Unexempt portion of bank account | 1129-000 | 517.00 | | 517.00 |
| 04/07/08 | {17} | Matthew & Karinne Ludens | 2007 income tax refund | 1224-000 | 2,101.00 | | 2,618.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.28 | | 2,618.28 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.32 | | 2,618.60 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.33 | | 2,618.93 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.33 | | 2,619.26 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.31 | | 2,619.57 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.34 | | 2,619.91 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.28 | | 2,620.19 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.20 | | 2,620.39 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 2,620.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,620.67 |
| 02/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.04 | | 2,620.71 |
| 02/12/09 | | To Account #********0766 | Transfer funds from MMA to checking account | 9999-000 | | 2,620.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,620.71 | 2,620.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 2,620.71 | |
| | | | **Subtotal** | | 2,620.71 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2,620.71** | **$0.00** | |

{} Asset reference(s)

Printed: 02/23/2009 10:06 AM V.11.03

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 07-73102 MB
**Case Name:** LUDENS, MATTHEW R
LUDENS, KARINNE N
**Taxpayer ID #:** 13-7594198
**Period Ending:** 02/23/09

**Trustee:** STEPHEN G. BALSLEY (330410)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****07-66 - Checking Account
**Blanket Bond:** $1,500,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/09 | | From Account #********0765 | Transfer funds from MMA to checking account | 9999-000 | 2,620.71 | | 2,620.71 |
| | | | **ACCOUNT TOTALS** | | 2,620.71 | 0.00 | $2,620.71 |
| | | | Less: Bank Transfers | | 2,620.71 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****07-65 | 2,620.71 | 0.00 | 0.00 |
| Checking # ***-*****07-66 | 0.00 | 0.00 | 2,620.71 |
| | $2,620.71 | $0.00 | $2,620.71 |

{} Asset reference(s)

Printed: 02/23/2009 10:06 AM    V.11.03