Case Name: Matthew R. Ludens and Karinne N. Ludens
Case No: 07-73102

## CERTIFICATION OF REVIEW

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 25, 2009            WILLIAM T. NEARY
                                 United States Trustee, Region 11


                        BY:    /s/ Carole J. Ryczek
                               CAROLE J. RYCZEK
                               Attorney for the U.S. Trustee