IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

IN RE:
LUDENS, MATTHEW R
LUDENS, KARINNE N

CASE NO. 07-73102 MB

Judge MANUEL BARBOSA

Debtor(s)

Social Security/Employer Tax ID Number: xxx-xx-8141; xxx-xx-3028

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO: The Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At: U.S. BANKRUPTCY COURT
   211 South Court Street, Room 115
   Rockford, IL 61101

   on: April 20, 2009
   at: 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Stephen G. Balsley Trustee | $ 0.00 | $ 655.18 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ 695.00 | |
| Stephen G. Balsley Trustee's Firm Legal | $ 0.00 | $ | 100.00 |

4. The Trustee's Final Report shows total:

   a. Receipts                              $ 2,620.71
   b. Disbursements                         $ 0.00
   c. Net Cash Available for Distribution   $ 2,620.71

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $1,170.53, to be distributed to the general unsecured

creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $53,525.69, resulting in an approximate distribution of 2.19% to unsecured creditors, plus interest.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

Respectfully submitted,

DATE:    February 23, 2009              /s/Stephen G. Balsley
                                         STEPHEN G. BALSLEY
                                         6833 STALTER DRIVE
                                         ROCKFORD, IL 61108
                                         815 962-6611

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2          Date Rcvd: Mar 26, 2009
Case: 07-73102                Form ID: pdf002             Total Served: 42

The following entities were served by first class mail on Mar 28, 2009.
db/jdb        +Matthew R Ludens,   Karinne N Ludens,   392 Red Fox Drive,   Davis Junction, IL 61020-9453
aty           +Linda Godfrey,   475 Executive Parkway,   Rockford, IL 61107-6629
tr            +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
11829890      +A Law Office of Crosby,    & Associates PC,   475 Executive Parkway,   Rockford, IL 61107-6629
11829891      +Amcore Bank N A,   501 7th St,   Rockford, IL 61104-1299
11829892      +Associated Bank,   200 N Adams St,   Green Bay, WI 54301-5174
11829893      +Barclays Bank Delaware,   125 S West St,   Wilmington, DE 19801-5014
12045343      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
11829894      +Capital Management Services, Lp,   726 Exchange Street - Suite 700,   Buffalo, NY 14210-1464
11829896       Cardmenber Service,   P.O. Box 15548,   Wilmington, DE  19886-5548
11829895       Cardmenber Service,   P.O. Box 15153,   Wilmington, DE 19886-5153
11829897      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
12135408       Chase Bank USA, NA,   PO BOX 15145,   Wilmington, DE 19850-5145
11829898      +Citibank,   Po Box 6241,   Sioux Falls, SD 57117-6241
11829899      +Citibank Usa,   Po Box 6003,   Hagerstown, MD 21747-6003
11829900      +Countrywide Home Lending,   450 American St Credit Reporting S,   Simi Valley, CA 93065-6285
11829902       DJ U-Store It,   P.O. Box 381,   Byron, IL  61010-0381
11889555      +Dental Group of Rockford,   5819-21 E Riverside Blvd,   Rockford IL 61114-4963
11829903      +First Consumers National Bank,   101 Crossway Park West,   Woodbury, NY 11797-2020
11829904       First National Bank Omaha,   P.O. Box 2557,   Omaha, NE  68103-2557
11927010      +First National Credit Card Center,   Div. of First National Bank of Omaha,
                1620 Dodge St., Stop Code 3105,   Omaha, NE 68197-0003
11829905      +Fnb Omaha,   1620 Dodge St,   Omaha, NE 68197-0003
11829906      +Fremont Investment  And  L,   175 N Riverview Dr,   Anaheim, CA 92808-1225
11829908      +Home Comings Financial,   2711 N Haskell Ave. Sw 1,   Dallas, TX 75204-2911
11829889      +Ludens Karinne N,   392 Red Fox Drive,   Davis Junction, IL 61020-9453
11829888      +Ludens Matthew R,   392 Red Fox Drive,   Davis Junction, IL 61020-9453
11829909      +Mutual Management Services,   P.O. Box 4777,   401 East State Stret 2nd Floor,
                Rockford, IL 61104-1027
11829910      +National Bank And  Trust,   230 W State St,   Sycamore, IL 60178-1489
11829911      +New Landing Property Owners Association,   903 Missouri Drive,   Dixon, IL 61021-8963
11978018      +US BANK NA,   Bankruptcy Dept,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229
11829912      +Us Bank/na Nd,   4325 17th Ave S,   Fargo, ND 58125-6200
11829914      +Wash Mutual/providian,   Po Box 9180,   Pleasanton, CA 94566-9180
11829915      +West Gate Resort,   2801 Old Winter Garden Road,   Ocoee, FL 34761-2965
The following entities were served by electronic transmission on Mar 27, 2009.
12584906      +E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2009 06:23:33     Capital Recovery One,
                25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
11829901       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2009 09:18:10     Discover Fin,  Pob 15316,
                Wilmington, DE  19850
11924245       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 27 2009 09:18:10
                Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11829907      +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2009 06:05:09     Gemb/sams Club Dc,   Po Box 981400,
                El Paso, TX 79998-1400
11846253       E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2009 06:23:26
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
11910742      +E-mail/PDF: rmscedi@recoverycorp.com Mar 27 2009 06:23:39
                Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB DISCOVER,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
12139938       E-mail/PDF: BNCEmails@blinellc.com Mar 27 2009 09:54:24     Roundup Funding, LLC,   MS 550,
                PO Box 91121,   Seattle, WA 98111-9221
11829913       E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 27 2009 06:25:08     Verizon Wireless,
                P.O. Box 25505,   Lehigh Valley, PA 18002-5505
12155760      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 27 2009 06:25:30
                Verizon Wireless Midwest,   Verizon Wireless,   POB 3397,   Bloomington IL 61702-3397
                                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
                Rockford, IL 61108-2579
                                                                                   TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: lorsmith            Page 2 of 2              Date Rcvd: Mar 26, 2009
Case: 07-73102                Form ID: pdf002           Total Served: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2009**                      **Signature:**     _Joseph Speetjens_