# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: LUDENS, MATTHEW R | § | Case No. 07-73102 |
| LUDENS, KARINNE N | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $458,662.31 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $1,170.53 | Claims Discharged Without Payment: $52,305.16 |
| Total Expenses of Administration: $1,450.18 | |

3) Total gross receipts of $ 2,620.71 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,620.71 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $569,502.27 | $8,390.42 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,450.18 | 1,450.18 | 1,450.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,894.35 | 53,525.69 | 53,525.69 | 1,170.53 |
| **TOTAL DISBURSEMENTS** | $617,396.62 | $63,366.29 | $54,975.87 | $2,620.71 |

4) This case was originally filed under Chapter 7 on December 21, 2007.
. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/22/2009 _____ By: /s/STEPHEN G. BALSLEY _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account  - Stillman Bank | 1129-000 | 517.00 |
| 2007 income tax return | 1224-000 | 2,101.00 |
| Interest Income | 1270-000 | 2.71 |
| **TOTAL GROSS RECEIPTS** | | $2,620.71 |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| National Bank and Trust | 4210-000 | N/A | 8,390.42 | 0.00 | 0.00 |
| Westgate Resorts, Ltd. | 4110-000 | N/A | | 0.00 | 0.00 |
| Associated Bank | 4110-000 | 36,957.00 | N/A | 0.00 | 0.00 |
| Countrywide Home Lending | 4110-000 | 171,320.00 | N/A | 0.00 | 0.00 |
| Fremont Investment | 4110-000 | 149,445.00 | N/A | 0.00 | 0.00 |
| Homecomings Financial | 4110-000 | 197,572.00 | N/A | 0.00 | 0.00 |
| New Landing Property Owners Association | 4110-000 | 88.27 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| AMCORE Bank, N.A. | 4210-000 | 14,120.00 | N/A | 0.00 | 0.00 |
|---|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | | $569,502.27 | $8,390.42 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 655.18 | 655.18 | 655.18 |
| Stephen G. Balsley | 3110-000 | N/A | 695.00 | 695.00 | 695.00 |
| Stephen G. Balsley | 3120-000 | N/A | 100.00 | 100.00 | 100.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,450.18 | $1,450.18 | $1,450.18 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Capital Recovery One | 7100-000 | N/A | 7,289.86 | 7,289.86 | 159.42 |
| Discover Bank | 7100-000 | N/A | 4,407.18 | 4,407.18 | 96.38 |
| First National Credit Card Center | 7100-000 | N/A | 4,861.55 | 4,861.55 | 106.31 |
| U.S. Bank, N.A. | 7100-000 | N/A | 5,721.36 | 5,721.36 | 125.12 |
| Chase Bank USA | 7100-000 | N/A | 17,808.61 | 17,808.61 | 389.45 |
| Chase Bank USA, N.A. | 7100-000 | N/A | 11,051.99 | 11,051.99 | 241.69 |
| Roundup Funding, LLC | 7100-000 | N/A | 1,828.01 | 1,828.01 | 39.98 |
| Verizon Wireless Midwest | 7100-000 | N/A | 557.13 | 557.13 | 12.18 |
| Mutual Management Services/City of Rockford Parking | 7100-000 | 50.00 | N/A | 0.00 | 0.00 |
| First Consumers National Bank | 7100-000 | 102.00 | N/A | 0.00 | 0.00 |
| Citibank USA | 7100-000 | 3,727.00 | N/A | 0.00 | 0.00 |
| Dental Group of Rockford | 7100-000 | 220.35 | N/A | 0.00 | 0.00 |
| Mutual Management Services/City of Rockford Parking | 7100-000 | 50.00 | N/A | 0.00 | 0.00 |
| Washington Mutual/Providian | 7100-000 | 8,085.00 | N/A | 0.00 | 0.00 |
| Citibank | 7100-000 | 8,850.00 | N/A | 0.00 | 0.00 |
| Cardmember Service | 7100-000 | 1,237.00 | N/A | 0.00 | 0.00 |
| Chase | 7100-000 | 25,573.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $47,894.35 | $53,525.69 | $53,525.69 | $1,170.53 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 07-73102

**Case Name:** LUDENS, MATTHEW R
LUDENS, KARINNE N

**Period Ending:** 06/22/09

**Trustee:**    (330410)    STEPHEN G. BALSLEY

**Filed (f) or Converted (c):** 12/21/07 (f)

**§341(a) Meeting Date:** 01/17/08

**Claims Bar Date:** 04/28/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 121 Flambeau Lane, Dixon, IL | 145,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Vacant primary residence | 247,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash on hand | 20.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking Account - Stillman Bank | 5,389.49 | 517.00 | | 517.00 | FA |
| 5 | Savings account - Stillman Bank | 104.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods and furnishings | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Clothing (husband) | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Clothing (wife) | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc. jewelry, wedding ring, neckless, bracelet | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401K Gannett - Rockford Register Star | 7,142.18 | 0.00 | DA | 0.00 | FA |
| 11 | 401K Gatehouse Media Inc. | 1,296.13 | 0.00 | DA | 0.00 | FA |
| 12 | Image Properties Group, Inc. | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2000 - Lincoln Navigator | 11,875.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2005 - Chevrolet Pickup Truck | 17,575.00 | 0.00 | DA | 0.00 | FA |
| 15 | Computer, desk, chair and printer | 750.00 | 0.00 | DA | 0.00 | FA |
| 16 | Timeshare - Westgate Smoky Mountain Resort (u)<br>(See Footnote) | 19,900.00 | 7,500.00 | OA | 0.00 | FA |
| 17 | 2007 income tax return (u) | 2,101.00 | 2,101.00 | | 2,101.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.71 | FA |
| 18 | Assets    Totals (Excluding unknown values) | $466,152.80 | $10,118.00 | | $2,620.71 | $0.00 |

RE PROP# 16    Motion to Abandon set for hearing 02/04/2009 at 9:30 a.m.; Order entered 02/04/2009

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2008

**Current Projected Date Of Final Report (TFR):**    February 16, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-73102 |
| Case Name: | LUDENS, MATTHEW R |
| | LUDENS, KARINNE N |
| Taxpayer ID #: | 13-7594198 |
| Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***.****07-65 - Money Market Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/08 | {4} | Matthew R. Ludens | Unexempt portion of bank account | 1129-000 | 517.00 | | 517.00 |
| 04/07/08 | {17} | Matthew & Karinne Ludens | 2007 income tax refund | 1224-000 | 2,101.00 | | 2,618.00 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.28 | | 2,618.28 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.32 | | 2,618.60 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.33 | | 2,618.93 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.33 | | 2,619.26 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.31 | | 2,619.57 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.34 | | 2,619.91 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.28 | | 2,620.19 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.20 | | 2,620.39 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.18 | | 2,620.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 2,620.67 |
| 02/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.04 | | 2,620.71 |
| 02/12/09 | | To Account #********0766 | Transfer funds from MMA to checking account | 9999-000 | | 2,620.71 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,620.71 | 2,620.71 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,620.71 | |
| **Subtotal** | 2,620.71 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,620.71** | **$0.00** | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 07-73102 | |
| Case Name: LUDENS, MATTHEW R | |
| LUDENS, KARINNE N | |
| Taxpayer ID #: 13-7594198 | |
| Period Ending: 06/22/09 | |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****07-66 - Checking Account |
| Blanket Bond: | $1,500,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/12/09 | | From Account #********0765 | Transfer funds from MMA to checking account | 9999-000 | 2,620.71 | | 2,620.71 |
| 04/20/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $695.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 695.00 | 1,925.71 |
| 04/20/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $100.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 100.00 | 1,825.71 |
| 04/20/09 | 103 | Stephen G. Balsley | Dividend paid 100.00% on $655.18, Trustee Compensation; Reference: | 2100-000 | | 655.18 | 1,170.53 |
| 04/20/09 | 104 | Capital Recovery One | Dividend paid 2.18% on $7,289.86; Claim# 1; Filed: $7,289.86; Reference: 8315 | 7100-000 | | 159.42 | 1,011.11 |
| 04/20/09 | 105 | Discover Bank | Dividend paid 2.18% on $4,407.18; Claim# 3; Filed: $4,407.18; Reference: 8512 | 7100-000 | | 96.38 | 914.73 |
| 04/20/09 | 106 | First National Credit Card Center | Dividend paid 2.18% on $4,861.55; Claim# 4; Filed: $4,861.55; Reference: 0923 | 7100-000 | | 106.31 | 808.42 |
| 04/20/09 | 107 | U.S. Bank, N.A. | Dividend paid 2.18% on $5,721.36; Claim# 5; Filed: $5,721.36; Reference: 8473 | 7100-000 | | 125.12 | 683.30 |
| 04/20/09 | 108 | Chase Bank USA | Dividend paid 2.18% on $17,808.61; Claim# 6; Filed: $17,808.61; Reference: 7339 | 7100-000 | | 389.45 | 293.85 |
| 04/20/09 | 109 | Chase Bank USA, N.A. | Dividend paid 2.18% on $11,051.99; Claim# 7; Filed: $11,051.99; Reference: 4493 | 7100-000 | | 241.69 | 52.16 |
| 04/20/09 | 110 | Roundup Funding, LLC | Dividend paid 2.18% on $1,828.01; Claim# 8; Filed: $1,828.01; Reference: 7216 | 7100-000 | | 39.98 | 12.18 |
| 04/20/09 | 111 | Verizon Wireless Midwest | Dividend paid 2.18% on $557.13; Claim# 9; Filed: $557.13; Reference: 0040038048579200001 | 7100-000 | | 12.18 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 2,620.71 | 2,620.71 | $0.00 |
| Less: Bank Transfers | 2,620.71 | 0.00 |
| Subtotal | 0.00 | 2,620.71 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $0.00 | $2,620.71 |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 07-73102 |
| Case Name: | LUDENS, MATTHEW R |
| | LUDENS, KARINNE N |
| Taxpayer ID #: | 13-7594198 |
| Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee: | STEPHEN G. BALSLEY (330410) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****07-66 - Checking Account |
| Blanket Bond: | $1,500,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****07-65 | 2,620.71 | 0.00 | 0.00 |
| Checking # ***-*****07-66 | 0.00 | 2,620.71 | 0.00 |
| | $2,620.71 | $2,620.71 ✓ | $0.00 |

{} Asset reference(s)

Printed: 06/22/2009 11:08 AM    V.11.21